64,869-03

May 4, 2015

Abel Acosta-Clerk
P.O. Box 12308
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 06 20..

Abel Acosta, Clerk

Andrew Kemp-1172896
Daniel Unit
938 S. FM 1673
Snyder, Texas 79549

Re: Post Conviction Writ
    Cause No: 917247-B
    Harris County

Dear Clerk,

On the 8th day of April 2015 the district clerk's office in and for Harris County, Texas forwarded me the State's Original Answer in Cause No. 917247-B. The answer states that I the applicant raised questions of law and fact than can be resolved by the Court of Criminal Appeals upon review of official court records and without need for a evidentiary hearing. I am sending you this letter to let you know the attorney that I retained to represent me in trial was Kennitra Foote in Houston, Texas has since been dis-barred from praticing law in and for the State of Texas.

I look forward to hearing back from your office in the near future regarding this matter.

Sincerely yours,

Andrew Kemp

Andrew T. Kemp
# 1172896

AK/js